1983 - SOUTHERN

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

Southern Division



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
DEC 20 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

Robert E. Allen  2009-62891
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Sheriff John Ledbetter, et al.
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 1:23cv368 LG-RPM
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Robert E. Allen
- All other names by which you have been known: N/A
- ID Number: 2009-62871
- Current Institution: Jackson County ADC.
- Address: 65 Bruce Evans Dr.
  Pascagoula, MS 39567
  *City / State / Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: John Ledbetter
- Job or Title *(if known)*: Sheriff
- Shield Number: unknown
- Employer: Jackson County Sheriff's Office
- Address: 3104 Magnolia St.
  Pascagoula, MS 39567
  *City / State / Zip Code*
- [ ] Individual capacity  [X] Official capacity

**Defendant No. 2**
- Name: Angel Myers McIlrath
- Job or Title *(if known)*: District Attorney
- Shield Number: unknown
- Employer: Jackson County District Attorney
- Address: P.O. Box 998
  Pascagoula, MS 39567
  *City / State / Zip Code*
- [ ] Individual capacity  [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Jessica Seals
Job or Title (if known): Investigator
Shield Number: ~~5102024~~ Badge #64
Employer: Jackson County Sheriff's Office
Address: 3104 Magnolia St.
Pascagoula, MS 39564
City / State / Zip Code

☐ Individual capacity  ☒ Official capacity

Defendant No. 4
Name: Randly Muffley
Job or Title (if known): Captain
Shield Number: UNKNOWN
Employer: Jackson County Sheriff's Office
Address: 3104 Magnolia St.
Pascagoula, MS 39564
City / State / Zip Code

☐ Individual capacity  ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## Defendant's List (Cont'd)

### Defendant No. 5

Name: Mike Ezell
Job or Title: "former" Sheriff of Jackson County, MS.
Shield Number:
Employer: Jackson County Sheriff's Office
Address: 3104 Magnolia St., Pascagoula, MS 39567

☐ INDIVIDUAL CAPACITY   ☒ Official Capacity

### Defendant No. 6

Name:
Job or Title:
Shield Number:
Employer:
Address:

☐ INDIVIDUAL CAPACITY   ☒ Official Capacity

*Robert E. Allen*

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Jackson County ADC, 2010, 2013, 2015, ~~2019~~, ~~2020~~, ~~2021~~, 2022, 2023

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    C.    What date and approximate time did the events giving rise to your claim(s) occur?

2010 - Jan/Feb, Jan. 10, 2013, 11/2015, Feb. 2022, Nov. 13, 2023
I was extradited each time, I'm not exactly sure of the time(s).

    D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

"See Attached"

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

"None"

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1.) I want the $325.00 it cost me to bond out in Jan/Feb 2010.
2.) I want the Defendants to pay me a total amount of $550,000.00 in punitive and collateral damages.
3.) I want the defendants to pay me a total amount of $450,000.00 in loss wages, 2-airline flights (x2), plus meals, care for my wife in Feb-March 2022 for terminal cancer.

## IV. STATEMENT OF CLAIM

On Sept. 13, 2021, with bond set at $100,000.00, for Sex offender Registration, Investigator Jessica Seals, has placed this charge on me, again.

March 2022, a female extradition agent came to Tennessee where I lived, picked me up, and, flew me to Jackson County ADC. After spending a few weeks in the ADC, Judge Watts, released me on an O.R. bond. I went back to Tennessee at that time. (March 16, 2022 released on O.R. bond.)

Let's back up 13½ years!

February 2010, I was released from the Ms. Dept. of Corr. after finishing a (10) ten year sentence. At this time I was told I had a hold for Jackson County, Ms. A deputy was there to pick me up at the gate. I got to Jackson County ADC and was told I had a $2500.00 bond. The next day I called a friend of mine, Dy. Rita Rayon, in Rayne, LA. to see if she could bond me out. She said, Yes! That she would be there the next morning.

The next morning, Rita was there. I posted a $325.00 bond, was told I had to go down to register. I argued with the deputy, saying that I didn't live in Jackson County, that I lived in Louisiana. She said it was part of the bond requirements. I was told to come back in May 2010 to the DPS and do it all, again.

Well, I didn't live there! So, I registered in Louisiana.

IV. STATEMENT OF CLAIM (CONT'D)

2013 - I was getting ready to be released from federal prison when I was told I had a detainer for Jackson County, MS. The deputy was there to pick me up. I was brought to Jackson County ADC, where I stayed a few days. Hope Thornton, dropped the charge against me, releasing me to the custody of Louisiana.

2015 - I was extradited from federal custody. Stayed in the Jackson County ADC about a week, and, released.

2022 - Not knowing about Jessica Seals and what she had done in Sept. 13, 2021, I was delivered to Jackson County ADC late February 2022, and, was released March 16, 2022, on an OR. bond from County Judge Watts.

2023 - I was extradited again from Hutchins Texas by the same lady who extradited me in 2022. Now, I sit in the ADC for a charge from 2010.

Robert E. Allen
12/17, 2023.

NOTE: I would like to be home for Christmas.

IV. STATEMENT OF CLAIM (CONT'D)

1) Sheriff John Ledbetter as the Innskeeper of the ADC.

2) Angel Myers McIlrath as the District Attorney of Jackson County, MS

3) Jessica Seals as the Investigator who keeps bringing this charge up against me, knowing that I didn't live in Jackson County, MS, and, I do not live in Jackson County, Now!

4) Randy Maffley as the Captain over Jessica Seals

5) Mike Ezell as the former Innskeeper of the ADC.

Robert E. Allen

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Jackson County Adult Detention Center

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

"ALL"

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Jackson County A.D.C.

2. What did you claim in your grievance?

That I didn't live in Jackson County. That I needed to speak to the detective, sheriff, or, my attorney.

3. What was the result, if any?

Denied- by whoever answered the grievance, saying, "Not a grievance"

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Yes - appealed to the sheriff but no answer.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

_____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

NO

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____

      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/17/2023

Signature of Plaintiff: Robert E. Allen
Printed Name of Plaintiff: Robert E. Allen
Prison Identification #: 2009-62871
Prison Address: 65 Bruce Evans Dr.
Pascagoula, MS 39567

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City, State, Zip Code:
Telephone Number:
E-mail Address: